UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

MICHELLE TENZER-FUCHS, on behalf of herself :
and all others similarly situated,

                                            :

                         Plaintiffs, :

                                            :

                    v. :

                                            :

STITCH FIX, INC., :

                                            :

                         Defendant. :

                                            :

---------------------------------------------------------------- x

                              **ORDER**

                Case No.: 20-CV-03076 (JS)(ST)

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Michelle Tenzer-Fuchs ("Tenzer-Fuchs") and Defendant Stitch Fix, Inc. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety, without costs, or disbursements, or attorneys' fees to any party.

Dated:  November 2, 2020
                                      SHALOM LAW, PLLC
                                      By: */s/ Jonathan Shalom*
                                      Jonathan Shalom, Esq.
                                      105-13 Metropolitan Avenue
                                      Forest Hills, NY 11375
                                      jshalom@jonathanshalomlaw.com

                                      *Attorneys for Plaintiff*

Dated:  November 2, 2020                OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By: */s/ Jamie Haar*_____
Jamie Haar, Esq.
599 Lexington Avenue, 17th Floor
New York, New York 10022
(212) 492-2500
jamie.haar@ogletree.com

*Attorneys for Defendant*


The Clerk of the Court shall mark this case CLOSED.

                                        SO ORDERED.

Dated: November 3, 2020           /s/ JOANNA SEYBERT_____
       Central Islip, New York      Joanna Seybert, U.S.D.J.